judgment of Special Term in an action to foreclose a purchase-money mortgage on real property, which reduced the amount of the bond and mortgage by allowing a credit for a deficiency of acreage in the farm sold, and directing judgment of foreclosure and sale in favor of plaintiff for the full amount of the bond and mortgage upon new findings.

*Frederick P. Close* for appellant.

*William L. Rumsey* and *Charles H. Banks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: POUND, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN DURKIN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 5, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Bronx County Court rendered October 1, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Arthur B. Kelly* for appellant.

*John E. McGeehan, District Attorney, George B. DeLuca* and *Herman J. Fliederblum* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ANNA L. BLAKESLEE, Appellant, *v.* FLORENCE T. NELSON, as Executrix of ROBERT M. NELSON, Deceased, Respondent.

*Vendor and purchaser — real property — specific performance — contract — action to compel specific performance of alleged contract to convey real property — offer and acceptance.*

*Blakeslee* v. *Nelson,* 212 App. Div. 219, affirmed.

(Argued June 5, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered January 22, 1925 upon an order of the Appellate Division of the Supreme

Court in the third judicial department, reversing an interlocutory judgment in favor of plaintiff entered upon a decision of the court at Special Term upon the submission of the within cause upon the minutes of trial at a Trial Term without a jury before a justice, since retired, and directing a dismissal of the complaint. The action was to compel specific performance of an alleged contract to convey real property. Plaintiff contended that certain letters and telegrams that passed between plaintiff's agent and defendant's testator constituted an offer and acceptance.

*William E. Woollard* and *Louis J. Rezzemini* for appellant.
*A. Page Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JULIUS W. MILLER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 8, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered November 10, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John Caldwell Myers* and *John J. O'Connor* for appellant.
*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no. opinion.

Concur: CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J. Absent: POUND, J.